ACCEPTED
03-14-00397-CV
5451234
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/28/2015 12:30:35 PM
JEFFREY D. KYLE
CLERK

## No. 03-14-00397-CV

_____

<div style="float:right">

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/28/2015 12:30:35 PM
JEFFREY D. KYLE
Clerk

</div>

# In the Court of Appeals for the Third Judicial District Austin, Texas

_____

## American Multi-Cinema, Inc.,
Appellant/Cross-Appellee,

## v.

## Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas,
Appellees/Cross-Appellants.

_____

On Appeal from the 200th Judicial District Court
Travis County, Texas

_____

## NOTICE OF DESIGNATION OF NEW LEAD COUNSEL FOR APPELLEES/CROSS-APPELLANTS

_____

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to Texas Rule of Appellate Procedure 6.1(c), Appellees/Cross-Appellants Glenn Hegar, Texas Comptroller of Public Accounts, and Ken Paxton, Attorney General of Texas, give notice that Assistant Attorney General, Cynthia A. Morales, of the Office of the Attorney General, will serve as lead counsel for Appellees/Cross-Appellants in this appeal.

Please send all communications regarding this appeal to:

Cynthia A. Morales
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 017-6)
Austin, Texas 78711-2548
Phone:   (512) 475-4470
Fax:      (512) 477-2348
cynthia.morales@texasattorneygeneral.gov

Assistant Attorney General, Charles K. Eldred, will continue to serve as co-counsel for Appellees/Cross-Appellants.

Respectfully submitted,

KEN PAXTON
Attorney General

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

ROBERT O'KEEFE
Division Chief
Financial Litigation, Tax, and Charitable Trusts Division

/s/ *Cynthia A. Morales*
CYNTHIA A. MORALES
State Bar No. 14417420
Attorney-in-Charge

/s/ *Charles K. Eldred*
CHARLES K. ELDRED
State Bar No. 00793681

Financial Litigation, Tax, and Charitable Trusts Division
P.O. Box 12548
Austin, Texas 78711-2548
Phone: 512-475-4470
Fax:  512-477-2348
cynthia.morales@texasattorneygeneral.gov
charles.eldred@texasattorneygeneral.gov

*Attorneys for Appellees/Cross-Appellants*

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served on May 28, 2015, on Doug Sigel, counsel for Appellant/Cross-Appellee, to doug.sigel@ryanlawllp.com via File & ServeXpress.

/s/ *Cynthia Morales*
Cynthia Morales